**UNITED STATES of America,**
**Appellee,**

v.

**Bertram J. COHEN, Defendant–**
**Appellant.**

No. 03–1101.

United States Court of Appeals,
Second Circuit.

March 19, 2004.

Bertram Cohen, Eglin, Fla, for Appellant, pro se.

Rebecca Meiklejohn and Douglas M. Tween, Attorneys, U.S. Department of Justice, Antitrust Division (R. Hewitt Pate, Acting Assistant Attorney General; James M. Griffin, Deputy Assistant Attorney General; John J. Powers III and James J. Fredericks, Attorneys, U.S. Department of Justice, Antitrust Division, on the brief), for Appellee.

Present: WALKER, Chief Judge, CARDAMONE, and MCLAUGHLIN, Circuit Judges.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of said district court be and it hereby is **AFFIRMED.**

Defendant-appellant Bertram Cohen, *pro se*, appeals from the February 4, 2003 order of the United States District Court for the Southern District of New York (Richard C. Casey, *Judge*) directing him, as part of his sentence, to pay restitution in the amount of $300,000.00 to the victim of his fraud. We affirm.

Cohen's principal argument on appeal is that the district court erred in failing to discuss on the record the mandatory factors set forth in 18 U.S.C. § 3664(f)(2). That argument, however, is foreclosed by our decision in *United States v. Walker*, 353 F.3d 130, 134 (2d Cir.2003) ("[W]e will not vacate and remand ... solely by reason of the sentencing judge's failure to indicate consideration of the mandatory factors."). We have carefully considered all of Cohen's other arguments and find them, too, to be without merit.

For the reasons set forth above, the judgment of the district court is hereby **AFFIRMED.**